# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY J. BURDICK,, <br><br> Plaintiff, <br><br> v. <br><br> KERO TV-23, et al., <br><br> Defendants. | Case No.: 1:17-cv-0591 - JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 15) |

On November 16, 2017, Plaintiff Amy Burdick and Scripps Media Inc., erroneously sued as KERO TV-23 and the E.W. Scripps Company, notified the Court they have reached a conditional settlement agreement in this action. (Doc. 15) Pursuant to Local Rule 160, the Court **ORDERS**:

1. A stipulated request for dismissal **SHALL** be filed no later than **December 7, 2017**; and
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated: **November 20, 2017**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE