# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY J. BURDICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERO TV-23, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-0591-DAD - JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 18) |

The parties have stipulated to dismiss the matter with prejudice. (Doc. 18) They agree that the parties involved will bear their own costs and fees. Id. at 2. The stipulation relies on Fed. R. Civ.P. 41(a)(1) which provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action in light of the stipulation dismissing the action.

IT IS SO ORDERED.

Dated: **December 28, 2017**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE